United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO 3 PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID HERNANDEZ, et al., <br><br> Defendants. _____ / | No. C-10-03557  (DMR) <br><br> **ORDER GRANTING PLAINTIFFS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of Plaintiffs' request to continue the Initial Case Management Conference. Plaintiffs' request is granted. The Initial Case Management Conference previously scheduled for November 24, 2010 has been CONTINUED to **February 2, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. A joint Case Management Statement shall be filed no later than **January 26, 2011**. Immediately upon receipt of this Order, Plaintiffs shall serve Defendants with a copy of this Order and file a proof of service with the Court. The deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 5.

IT IS SO ORDERED.

Dated: November 18, 2010

DONNA M. RYU
United States Magistrate Judge