UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO 3 PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID HERNANDEZ, et al.,<br><br>Defendants.<br>_____/ | No. C-10-03557 (DMR)<br><br>**ORDER RE SUPPLEMENTAL CASE MANAGEMENT STATEMENT** |

The Court is in receipt of Plaintiffs' Case Management Statement, which also includes a request to continue the Case Management Conference ("CMC") currently scheduled for February 2, 2011 for a period of 60 days. Although Plaintiffs have provided information as to Defendants David Hernandez and Peter Godinez, Plaintiffs have not submitted information as to American Contractors Indemnity Company ("ACIC") other than the fact that ACIC has not yet answered or appeared. Accordingly, by no later than **January 31, 2011**, Plaintiffs shall provide the Court with a Supplemental Case Management Statement setting forth information as to the status of their claim against ACIC in this matter, including whether Plaintiffs expect to request entry of default against ACIC. Once Plaintiffs have provided the Court with complete information as to all Defendants in this case, the Court will consider Plaintiffs' request to continue the CMC.

IT IS SO ORDERED.

Dated: January 26, 2011

_____
DONNA M. RYU
United States Magistrate Judge