United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO 3 PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID HERNANDEZ, et al.,<br><br>Defendants._____/ | No. C-10-03557  (DMR)<br><br>**ORDER GRANTING IN PART PLAINTIFFS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of Plaintiffs' second request to continue the Initial Case Management Conference for a period of 60 days, until April 6, 2011.  Plaintiffs' request is granted in part.  The Initial Case Management Conference previously scheduled for February 2, 2011 has been CONTINUED to **March 23, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  A joint Case Management Statement shall be filed no later than **March 16, 2011**.  Immediately upon receipt of this Order, Plaintiffs shall serve Defendants with a copy of this Order and file a proof of service with the Court.  The deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 5.

IT IS SO ORDERED.

Dated: January 31, 2011

DONNA M. RYU
United States Magistrate Judge