Case4:10-cv-03557-DMR   Document24   Filed04/18/11   Page1 of 3

Kent Khtikian, Esq. (#99843)
Conor D. Mack, Esq. (#253878)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California  94133-2930
Telephone: (415) 834-1778
Facsimile: (415) 834-1842

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE LOCAL NO. 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DAVID HERNANDEZ, as an individual and doing business as "Atlas Marble & Granite"; PETER GODINEZ, as an individual and doing business as "Atlas Marble & Granite"; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>　　　　Defendants. | CASE NO. 10-3557 DMR<br>(Labor)<br><br>STIPULATION FOR DISMISSAL OF AMERICAN CONTRACTORS INDEMNITY COMPANY WITHOUT PREJUDICE;<br>[Proposed] ORDER |

　　　　Defendant, AMERICAN CONTRACTORS INDEMNITY COMPANY, hereby agrees to waive the running of and agree to toll the statute of limitations as of the date the complaint in this action was filed should Plaintiffs later commence a new action on the bond which was the

1  subject of this action.  Accordingly, Plaintiffs and Defendant, AMERICAN CONTRACTORS
2  INDEMNITY COMPANY, stipulate to and request entry of an order dismissing AMERICAN
3  CONTRACTORS INDEMNITY COMPANY without prejudice.

So agreed and stipulated:

Dated: April 15, 2011         By:_____/s/ Roberta Costillo_____
                                      Roberta Costillo
                                      American Contractors Indemnity Company


                                      Katzenbach & Khtikian


Dated: April 18, 2011         By: _____/s/ Conor Mack_____
                                      Conor D. Mack
                                      Attorneys for Plaintiffs


### Attestation Of Concurrence

I, Conor Mack, declare that Roberta Costillo has signed the Stipulation set forth above and that I have in my possession her signature on this document.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of April 2011, in San Francisco, California.


                                      __/s/ Conor Mack__
                                      Conor D. Mack

**ORDER**

It is hereby ordered that AMERICAN CONTRACTORS INDEMNITY COMPANY is dismissed without prejudice.

Dated: 4/25/11

Hon. Donna M. Ryu
United States Magistrate Judge